UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------- x

HERMENA L. GLADDEN,   :

        Plaintiff,   :   06 Civ. 3671 (WHP) (AJP)

    -against-   :   **ORDER**

COMMISSIONER OF SOCIAL SECURITY,   :

        Defendant.   :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      This case has been reassigned to Judge Pauley and referred to me. The parties shall advise the Court as to whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to the enclosed forms and explanations. If both parties consent, they should complete counterparts of the forms and return them to my chambers. If either or both parties do not consent, Mr. Gura shall act as liaison and report to chambers that the parties do not consent, without indicating any particular party's consent or non-consent. (In other words, the Court does not want to know that party A consents and party B does not). This Order is not meant to in any way interfere with the parties' absolute right to decision by a United States District Judge (Judge Pauley), but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

C:\ORD\SS636

Mr. Gura is to notify the Court by no later than December 31, 2007.

SO ORDERED.

DATED:   New York, New York
         December 3, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:   Hermena L. Gladden (Regular & Certified Mail)
             John E. Gura, Jr., Esq. (Fax)
             Judge William H. Pauley III

C:\ORD\S5636